UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUKA FOTUS VOLKOV,
Plaintiff,

v.

META PLATFORMS, INC., et al.,
Defendants.

Case No. 26-cv-07763-ASK

**ORDER RE: MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Re: Dkt. Nos. 104, 113, 115

United States District Court
Northern District of California

The Court grants Plaintiff Luka Volkov's Motion for Leave to File Third Amended Complaint (Dkt. 104). While Meta raises legitimate concerns about repetitive motions to amend and regarding Judge Newbern's Order stating that Mr. Volkov's last operative complaint would be his final one, the Court grants this motion for its own administrative convenience. Mr. Volkov states that his proposed amendment will drop claims against certain Defendants, which will simplify the pleadings. Meta's anticipated motion to dismiss the new complaint will also be simplified and include only those arguments pertinent to the new complaint. Separately, the Court notes that Mr. Volkov's filings fail to comply with this Court's formatting requirements under the Civil Local Rules and admonishes Mr. Volkov to do so going forward. Among other things, the Court cannot assess whether pleadings comply with the Court's page limits if they are not properly formatted.

The Court grants Defendant's administrative motion to vacate the November 3, 2026 case management conference (Dkt. 113). The Court will reschedule the conference once the pleadings are settled. The deadline for a joint statement and the requirement to exchange initial disclosures are, accordingly, vacated.

The Court denies without prejudice Mr. Volkov's Motion for a Preliminary Injunction

(Dkt. 115), which was incorrectly docketed as a motion for a permanent injunction. The motion is denied for failure to comply with the Court's formatting requirements and because, in light of Mr. Volkov's forthcoming amendments to his complaint, there is currently no operative pleading. Mr. Volkov may re-file his motion once he files his amended complaint.

**IT IS SO ORDERED.**

Dated: October 26, 2026

AJAY KRISHNAN
United States Magistrate Judge

United States District Court
Northern District of California